NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTO-SHAAM, INC.,**
*Plaintiff-Appellant,*

v.

**CLEVELAND RANGE, LLC** AND
**CONVOTHERM ELEKTROGERATE GMBH,**
*Defendants-Appellees.*

---

2012-1281

---

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0018, Judge Reed O'Connor.

---

## O R D E R

Upon consideration of Alto-Shaam, Inc., Cleveland Range, LLC and Convotherm Elektrogerate GmbH's "Joint Stipulation of Dismissal," which the court treats as a motion to voluntarily dismiss the appeal from case no. 09-CV-0018 (N.D.Tex).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 0 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joseph F. Cleveland, Jr., Esq.
David G. Wille, Esq.

s26

Issued As A Mandate: ___AUG 0 3 2012_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 3 2012

JAN HORBALY
CLERK